■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL TAYLOR, Appellant. [955 NYS2d 446]—

Malone Jr., J.

We affirm. For preservation purposes, defendant's pro se claim at sentencing that his counsel was ineffective was tantamount to a motion to vacate his plea; therefore, it survives his appeal waiver and is properly preserved for our review (*see People v Walley*, 63 AD3d 1284, 1285 n [2009]; *cf. People v Jerome*, 98 AD3d 1188, 1189 [2012]; *People v Moore*, 97 AD3d 850, 851 [2012]). Nonetheless, defendant's claim that his counsel did not adequately investigate the circumstances of his case is not supported in this record and is a claim more appropriately pursued by way of a CPL article 440 motion (*see People v Feliz*, 51 AD3d 1278, 1279 [2008]; *see also People v Shiels*, 93 AD3d 992, 993 [2012]; *People v Carpenter*, 93 AD3d 950, 952 [2012], *lv denied* 19 NY3d 863 [2012]).

Mercure, J.P., Lahtinen, Stein and Garry, JJ., concur. Ordered that the judgment is affirmed.